JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NANIK ULUBEKIAN,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 2:18-cv-6387 MWF (AFMx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES**<br><br>*(Filed concurrently with Stipulation for Dismissal)* |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: March 5, 2019  _____
                                      UNITED STATES DISTRICT JUDGE